**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

VICTOR AUGUST, on his own behalf and all
similarly situated individuals,

      Plaintiff,

v.                                        CASE NO. 2:11-CV-00300-36SPC

METRO ICE, INC. a Florida corporation,
RUBEN WALDEN, individually,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on November 2, 2011 (Doc. 27).  In the Report and Recommendation, Judge Chappell recommends that the Court approve the parties' Joint Motion to Approve Settlement Agreement, filed on October 5, 2011 (Doc. 26).  The parties filed a Joint Notice of Non-Objection to the Report and Recommendation (Doc. 28).

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement Agreement (Doc. 26) is **GRANTED**. The Settlement Agreement (Doc. 26, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 4, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD